UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN HYLAND,<br><br>        Plaintiff<br><br>  v.<br><br>ROYAL, et al.,<br><br>        Defendants | Case No.  3:24-cv-00544-MMD-CSD<br><br>**ORDER** |

On December 5, 2024, the Court directed pro se plaintiff Kevin Hyland, an inmate in the custody of the Nevada Department of Corrections, to either pay the full $405 filing fee for this matter or file a complete application to proceed *in forma pauperis*. (*See* ECF No. 3). Instead of satisfying the matter of the filing fee, Plaintiff filed a motion for appointment of counsel alleging "complexities" in his case and noting that he has "no legal training." (ECF No. 4).  Plaintiff has neither paid the filing fee nor filed a complete application to proceed *in forma pauperis*. The Court will grant Plaintiff an extension of time to satisfy the matter of the filing fee.

I.  **DISCUSSION**

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the

inmate's prison or jail trust fund account statement for the previous six-month period. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

## II.  CONCLUSION

It is therefore ordered that Plaintiff has **until March 10, 2025**, to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is kindly requested to send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate with instructions and retain the complaint (ECF No. 1-1) but not file it at this time.

The Court defers a decision on the motion for appointment of counsel (ECF No. 4) until the matter of the filing fee is satisfied.

DATED: February 11, 2025

_____
UNITED STATES MAGISTRATE JUDGE